IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOM J. FRYE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CV3105 |
| | ) | |
| v. | ) | |
| | ) | |
| YMCA CAMP KITAKI and RUSS | ) | ORDER |
| KOOS, Program Director, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of Mark A. Fahleson, Carl J. Sjulin, Andy S. Pollock and the Rembolt Ludtke Law Firm to withdraw as counsel of record for plaintiff (Filing No. 33). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Mark A. Fahleson, Carl J. Sjulin, Andy S. Pollock and the Rembolt Ludtke Law Firm are deemed withdrawn as counsel for plaintiff.

DATED this 27th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court