IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TOM J. FRYE,                    )
                                )
          Plaintiff,            )       4:98CV3105
                                )
     v.                         )
                                )
YOUNG MEN'S CHRISTIAN           )       ORDER
ASSOCIATION of Lincoln,         )
Nebraska, and ROBERT FURMAN,    )
Executive Director of YMCA      )
Camp Kitaki,                    )
                                )
          Defendants.           )
_____)
```

This matter is before the Court following a hearing on plaintiff's motion for contempt (Filing No. 31) and plaintiff's motion to compel (Filing No. 42).  Pursuant to the hearing,

IT IS ORDERED:

1) The plaintiff shall file on or before Monday, April 27, 2009, a copy of the program script that was the subject of the injunction ordered by the Court on October 5, 1998 (Filing No. 25).

2) The defendants shall file on or before Monday, April 27, 2009, a copy of the program scripts that are alleged to be in violation of the injunction ordered by the Court on October 5, 1998.

3) The defendants shall file on or before Monday, April 27, 2009, a response to plaintiff's motion for contempt (Filing No. 31).

DATED this 21st day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court