IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TOM J. FRYE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:98CV3105 |
| | ) | |
| v. | ) | |
| | ) | |
| YOUNG MEN'S CHRISTIAN | ) | ORDER |
| ASSOCIATION of Lincoln, | ) | |
| Nebraska, and ROBERT FURMAN, | ) | |
| Executive Director of YMCA | ) | |
| Camp Kitaki, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's request to seal document (Filing No. 52). The Court finds the request should be granted. Accordingly,

IT IS ORDERED that said motion is granted; all parties may file the program scripts under seal.

DATED this 24th day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court