IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOM FRYE, ) | |
| ) | Case No. 4:98CR3105 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| YOUNG MEN'S CHRISTIAN ) | |
| ASSOCIATION of Lincoln, Nebraska, ) | |
| ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant is ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

Defendant's Exhibit numbers 1-10 / motion hearing / 6/30/09

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 23rd day of November, 2009.

s/ Lyle E. Strom
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07