IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TOM FRYE,                                    )
                                             )          Case No.  4:98CV3105
                        Plaintiff,           )
                                             )          NUNC PRO TUNC
             vs.                             )          ORDER TO WITHDRAW
                                             )          EXHIBITS
YOUNG MEN'S CHRISTIAN                        )
ASSOCIATION of Lincoln, Nebraska,            )
                                             )
                        Defendant.           )

       Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant is ordered

to withdraw the following exhibits previously submitted in this matter within 15 calendar

days of the date of this order:

             Defendant's Exhibit numbers 1-10 / motion hearing / 6/30/09

       If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show

cause why sanctions should not be imposed.

       IT IS SO ORDERED.

       DATED this 23rd day of November, 2009.


                             s/ Lyle E. Strom
                             United States District Judge



                   proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
                                           Approved 02/15/07